# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| James R. O'Connell and | ) | |
| Catherine O'Connell, | ) | NO.: 12-36615 |
| | ) | |
| Debtors. ) | | Judge Jacqueline P. Cox |

## NOTICE OF MOTION

**To: Via Electronic Noticing System:**

 Tom Vaughn, Chapter 13 Trustee, 55 East Monroe, Suite 3350, Chicago, Illinois 60603
 Jose G. Moreno, Codilis & Associates, 15W030 N. Frontage Road, Suite 100, Burr
   Ridge, Illinois  60527

 Richard B. Aronow, Fisher & Shapiro, LLC, 2121 Waukegan Road, Suite 301, Bannockburn, IL
   60015

 Christopher J. Stasko, Codilis & Associates, P.C., 15W030 N. Frontage Road, Suite 100, Burr
   Ridge, IL 60527
 Ross T. Brand, Kluever & Platt LLC, 65 E. Wacker Place, Suite 2300, Chicago, IL 60601
 Gloria C. Tsotsos, Codilis & Associates, P.C., 15W030 N. Frontage Road, Suite 100,
   Burr Ridge, IL 60527

 PLEASE TAKE NOTICE that on the 16th day of October,  2017  at 9:00 a.m., an attorney from the undersigned law firm shall appear before the Honorable Judge Jacqueline P. Cox  in Courtroom 680  of the United States Courthouse located in the Everett McKinley Dirksen Building at 219 South Dearborn Street, Chicago, Illinois, and then and there present the Motion to Determine Cure.

           /s/ Lorraine M. Greenberg
           Lorraine M. Greenberg

## CERTIFICATE OF SERVICE

 The undersigned attorney hereby certifies that she served a copy of this  Notice and the Motion to Determine Cure on the abovestated persons/entities by placing a copy of each in the CM/ECF System maintained by the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois on October 3, 2017 .

           /s/ Lorraine M. Greenberg
           Lorraine M. Greenberg

LORRAINE M. GREENBERG
Attorney for Debtors
150 N. Michigan Avenue, Suite 800
Chicago, Illinois 60601
Telephone: 312-588-3330
Facsimile: 312-264-5620
ARDC NO.: 3129023

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| James R. O'Connell and | ) | |
| Catherine O'Connell, | ) | NO.: 12-36615 |
| | ) | |
| Debtors. | ) | Judge Jacqueline P. Cox |

**MOTION TO DETERMINE FINAL CURE OF MORTGAGE OF**
**NATIONSTAR MORTGAGE, LLC**

NOW COME the Debtors, by their attorney, Lorraine M. Greenberg, pursuant to Federal Bankruptcy Rule 3002.1 (h), and requests a hearing to determine the amount necessary to cure the mortgage of Ocwen Loan Servicing LLC if any, and in support thereof, states as follows:

1. Debtors filed the original Chapter 13 Petition on September 15, 2012.  At the time of filing, the servicing agent for the primary lienholder on debtors' principal residence was GMAC Mortgage.  On March 29, 2013 GMAC Mortgage filed a Transfer of its claim to Ocwen Loan Servicing LLC, the present servicing agent of this loan.

2. The Chapter 13 Plan was confirmed on January 7, 2013.

3. The Trustee filed a Notice of Payment of Final Mortgage Cure pursuant to Bankruptcy Rule 3002.1 (f) on August 15, 2017.   The Notice provided that Debtors had cured the pre-petition default claim in its entirety during the term of the Plan.

4. An attorney representing Ocwen Loan Servicing LLC filed the Statement in Response to the Trustee's Notice of Final Mortgage Cure on September 5, 2017 alleging a post-petition default of $7,019.17.

5. Debtors dispute that there is any post-petition default owing Nationstar Mortgage, LLC.

6. The Debtors claim they are substantially current with the post-petition mortgage payments as set forth in Exhibit "A" which is a recent mortgage statement, dated September 1, 2017, attached hereto and incorporated herein.

WHEREFORE, Debtors move this honorable Court to enter an Order declaring Debtors current and the Mortgage fully reinstated on the debt owed to the primary lienholder, serviced by Ocwen Loan Servicing LLC, and for said Ocwen Loan Servicing LLC to provide a complete payment history of the loan to Debtors and their counsel, and to further find that all post-petition arrearages have been fully paid and that this creditor, its successors and assigns, be forever barred from seeking to collect any indebtedness as of the date of the entry of the Order, including but not limited to late penalties or fees, post-petition attorneys fees and costs of collection not approved by the Bankruptcy Court and for such other relief as this Court deems necessary and just.

Respectfully submitted,

James R. O'Connell
Catherine O'Connell


BY:  /s/   Lorraine M. Greenberg
Lorraine M. Greenberg


LORRAINE GREENBERG
Attorney for Debtors
150 N. Michigan Avenue, Suite 800
Chicago, Illinois 60601
(312) 588-3330
ARDC NO. 3129023