**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| James R. & Catherine O'Connell, | ) | NO.: 12-36615 |
| | ) | |
| Debtors | ) | Judge Jacqueline P. Cox |

**NOTICE OF WITHDRAWAL**

To: Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, Illinois 60604 via the Court's CM/ECF electronic noticing system

**PLEASE TAKE NOTICE** that the Motion for Determination of Final Cure and Mortgage Payment Modified Plan filed on October 3, 2017 and listed as document number 74 on the official court docket for this case, is hereby withdrawn.

/s/ Lorraine M. Greenberg
Lorraine M. Greenberg

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that she served a copy of this Notice on the abovenamed person by causing a copy to be filed with the CM/ECF System maintained by the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois on October 13, 2017.

/s/ Lorraine M. Greenberg
Lorraine M. Greenberg, ARDC No. 3129023

LORRAINE M. GREENBERG
150 N. Michigan, Suite 800
Chicago, Illinois 60601
(312) 588-3330